UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RUSTY GENE LOVEJOY** | : | **CIVIL ACTION NO. 2:12-cv-1987** |
| **VS.** | : | **JUDGE MINALDI** |
| **WARDEN, LOUISIANA STATE PENITENTIARY** | : | **MAGISTRATE JUDGE KAY** |

**ORDER**

The undersigned previously recommended that the application for writ of habeas corpus be denied and the action dismissed with prejudice. Doc. 8.

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) days from receipt of this Order to file any objections to the Report and Recommendation with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in the Report and Recommendation within fourteen (14) days following the date of service of this Order shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE this 28th day of May, 2013.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE